No. 935. Blanco v. Hernández et al.—Apelación procedente de la Corte de Distrito de Mayagüez. Estipulación para enmendar la exposición del caso. Resuelto en mayo 27, 1913. Se deniega la enmienda solicitada en la estipulación por los fundamentos de la opinión emitida en el caso No. 937 *Orama*

*et al.* v. *Oyanguren,* resuelto en marzo 26, 1913. Abogado de los apelantes: *Sr. José Sabater.* Abogado de la apelada: *Sr. Leopoldo Feliú.*